ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Industrial Marine, Inc. | ) ASBCA No. 63646-ADR |
| | ) |
| Under Contract No. N68335-20-A-0061 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Justin Hawkins
    Vice President

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Daniel C. Carleton, Esq.
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 12, 2023

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63646-ADR, Appeal of Industrial Marine, Inc., rendered in conformance with the Board's Charter.

Dated: October 12, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals